**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Southern__ District of __New York__
(State)

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. **Debtor's name** | TerraForm Private Holdings, LLC | |
| 2. **All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | | |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 8 1 – 2 0 7 5 9 9 3 | |
| 4. **Debtor's address** | **Principal place of business** 13736  Riverport Drive Number  Street  Maryland Heights  MO  63043 City  State  ZIP Code  St. Louis County | **Mailing address, if different from principal place of business** _____ Number  Street _____ P.O. Box _____ City  State  ZIP Code **Location of principal assets, if different from principal place of business** _____ Number  Street _____ _____ City  State  ZIP Code |
| 5. **Debtor's website** (URL) | www.sunedison.com | |
| 6. **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 1

Debtor    TerraForm Private Holdings, LLC    Case number *(if known)*_____
     Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☒ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. § 501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .<br>  2  2  1  1 |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☒ Chapter 11. *Check all that apply*:<br>  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).<br>  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>  ☐ A plan is being filed with this petition.<br>  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br>If more than 2 cases, attach a separate list. | ☒ No<br>☐ Yes.  District _____  When _____  Case number _____<br>                            MM / DD / YYYY<br>        District _____  When _____  Case number _____<br>                            MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br>List all cases. If more than 1, attach a separate list. | ☐ No<br>☒ Yes.  Debtor  See Annex 1 _____  Relationship _____<br>       District _____  When _____<br>                           MM / DD / YYYY<br>       Case number, if known _____ |

Debtor    TerraForm Private Holdings, LLC                                    Case number (*if known*)_____
        Name

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
        Number     Street

    _____
    _____ _____ _____
    City                                              State     ZIP Code

    **Is the property insured?**

    ☐ No
    ☐ Yes. Insurance agency _____
            Contact name   _____
            Phone          _____

---

### Statistical and administrative information

---

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

---

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☒ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy              page **3**

Debtor _____    Case number (*if known*)_____
       Name

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ❏ $0-$50,000<br>❏ $50,001-$100,000<br>❏ $100,001-$500,000<br>❏ $500,001-$1 million | ❏ $1,000,001-$10 million<br>❏ $10,000,001-$50 million<br>❏ $50,000,001-$100 million<br>❏ $100,000,001-$500 million | ❏ $500,000,001-$1 billion<br>❏ $1,000,000,001-$10 billion<br>❏ $10,000,000,001-$50 billion<br>❏ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
              MM / DD / YYYY

✘ _____    _____
   Signature of authorized representative of debtor       Printed name

Title _____

**18. Signature of attorney**

✘ _____    Date _____
   Signature of attorney for debtor       MM / DD / YYYY

_____
Printed name

_____
Firm name

_____
Number    Street

_____    _____  _____
City    State    ZIP Code

_____    _____
Contact phone    Email address

_____  _____
Bar number    State

**Annex 1**

**SCHEDULE OF DEBTORS**

The debtor in this chapter 11 case seeks joint administration with SunEdison, Inc. and its affiliates' jointly administered cases filed in this Court on April 21, 2016, June 1, 2016, July 20, 2016, August 9, 2016, and August 10, 2016, under Case No. 16-10992 (SMB) pursuant to the Order Granting Debtors' Motion for Order (I) Directing Joint Administration of the Chapter 11 Cases Pursuant to Bankruptcy Rule 1015(b) and (II) Waiving Requirements of Bankruptcy Code Section 342(c)(1) and Bankruptcy Rule 2002(n) [Docket No. 66].

|    | **Debtor** | **Employer Identification Number (EIN)** |
|----|------------|------------------------------------------|
| 1. | TerraForm Private Holdings, LLC | 81-2075993 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | : Chapter 11 |
| **TERRAFORM PRIVATE HOLDINGS, LLC** | : Case No. 16-_____ (SMB) |
| Debtor.[1] | : (Jointly Administered) |

## CORPORATE OWNERSHIP STATEMENT OF TERRAFORM PRIVATE HOLDINGS, LLC

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the organizational chart attached hereto as <u>Exhibit 1</u> identifies all entities having a direct or indirect ownership interest in TerraForm Private Holdings, LLC, the above-captioned debtor and debtor in possession (the "<u>Debtor</u>").

## LIST OF EQUITY SECURITY HOLDERS

The following list sets forth each of the equity security holders of the Debtor, and has been prepared in accordance with Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure.

| Equity Holder | Address of Equity Holder | Number of Units | Type of Units |
|---|---|---|---|
| SunEdison Holdings Corporation | 13736 Riverport Drive, Suite 180, Maryland Heights, MO 63043 | 100% | Membership Units in TerraForm Private Holdings, LLC |

---

[1] The last four digits of the Debtor's taxpayer identification number is (5993) and the address of its corporate headquarters is c/o SunEdison, Inc., 13736 Riverport Drive, Suite 180, Maryland Heights, MO 63043.



**EXHIBIT 1***

* This chart reflects the debtor's corporate structure upon the joint administration of its case with SunEdison, Inc. and its affiliates' cases.

**Fill in this information to identify the case and this filing:**

Debtor Name _____

United States Bankruptcy Court for the: _____ District of _____
                                                                                                                            (State)

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____      ✘ _____
         MM / DD / YYYY        Signature of individual signing on behalf of debtor

                                _____
                                Printed name

                                _____
                                Position or relationship to debtor

Debtor  TerraForm Private Holdings LLC

Fill in this information to identify the case:

Debtor Name TerraForm Private Holdings LLC

United States Bankruptcy Court for the:  Southern District of New York

Case number (if known):

☐ Check if this is an amended filing

## Official Form 204

**Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders**    **12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Deutsche Bank AG New York Branch Administrative Agent under the Debtors' DIP Financing 5022 Gate Parkway, Suite 100 Jacksonville, FL 32256 | Sara Pelton (904) 271- 2886 Sara.Pelton@db.com | DIP financing guaranty[1] | Contingent | | | Any amounts outstanding under the DIP Loan Documents (as such term is defined in the Final DIP Order) |

---

[1] TerraForm Private Holdings, LLC is listed on Schedule 1.01(d) (Initial Guarantors) to the DIP Credit Agreement. Because a secured guaranty could not be provided due to issues of a type described in Section 6.17(b) of the DIP Credit Agreement, TerraForm Private Holdings, LLC provided only an unsecured guaranty with respect thereto.

Official Form 204            **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**

Debtor  TerraForm Private Holdings LLC  
      Name

Case number (if known) _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| 2 | Wilmington Trust, National Association Attn:  Peter Finkel 50 South Sixth St., Suite 1290 Minneapolis, MN 55402 (612)-217-5629 | WilmerHale (counsel to Wilmington Trust) Attn:  Andrew Goldman 7 World Trade Center 250 Greenwich Street NY, NY 10007 (212) 230-8800 andrew.goldman@wilmerhale.com | Guaranty[2] | Contingent | | | Any amounts outstanding under the Prepetition Second Lien Documents (as such term is defined in the Final DIP Order) |
| 3 | Wilmington Savings Fund Society, FSB Attn:  Geoffrey J. Lewis 500 Delaware Ave Wilmington, DE 19801 (302) 573-3218 glewis@wsfsbank.com | Pillsbury Winthrop Shaw Pittman LLP (counsel to WSFS) Attn:  Daniel S. Brown, Dina E. Yavich 1540 Broadway NY, NY 10036 (212) 858-1000 daniel.brown@pillsburylaw.com dina.yavich@pillsburylaw.com | Guaranty[2] | Contingent | | | Any amounts outstanding under the Prepetition Second Lien Documents (as such term is defined in the Final DIP Order) |

---

[2] TerraForm Private Holdings, LLC provided an unsecured guaranty with respect to the Prepetition Second Lien Documents pursuant to Section 6.27 of the DIP Credit Agreement.

Official Form 204                    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 40 Largest Unsecured Claims**

**Fill in this information to identify the case and this filing:**

Debtor Name _____

United States Bankruptcy Court for the: _____ District of _____
                                                                              (State)

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐   *Schedule H: Codebtors* (Official Form 206H)

☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule* ____

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____         ✗ _____
             MM / DD / YYYY            Signature of individual signing on behalf of debtor

                                        _____
                                        Printed name

                                        _____ _____
                                        Position or relationship to debtor

Official Form 202         **Declaration Under Penalty of Perjury for Non-Individual Debtors**

# ACTION BY WRITTEN CONSENT
## OF THE SOLE MEMBER AND SOLE MANAGER
## OF TERRAFORM PRIVATE HOLDINGS LLC
## DECEMBER 16, 2016

WHEREAS, SunEdison Holdings Corporation, the sole member and sole manager of TerraForm Private Holdings LLC, a Delaware limited liability company (the "Company"), does hereby consent to the taking of the following actions and does hereby adopt the following resolutions pursuant to the Company's organizational documents, as they may be amended and/or restated from time to time, and the Delaware Limited Liability Company Act;

WHEREAS, the undersigned has considered presentations by the management and the financial and legal advisors of the Company regarding the liabilities and liquidity situation of the Company, the strategic alternatives available to it, and the effect of the foregoing on the Company's business, creditors, and other parties in interest;

WHEREAS, the undersigned has had the opportunity to consult with the Company's management and financial and legal advisors and fully consider each of the strategic alternatives available to the Company;

WHEREAS, based on its review of all available alternatives and advice provided by such advisors and professionals, the undersigned has determined that it is in the best interest of the Company and its stakeholders, for the Company and to take the actions specified in the following resolutions;

WHEREAS, the Company has entered into definitive documentation to transfer all of the Company Membership Interests (defined herein) of TerraForm Private, LLC to DIF Infra 4 US LLC and DIF Infra 4 US Co-Invest LLC (collectively, the "Buyer"), as authorized by the Board of Directors of SunEdison, Inc.;

WHEREAS, the transfer will be effectuated pursuant to a Membership Interest Purchase Agreement between the Company and the Buyer (the "MIPA");

WHEREAS, the term "Company Membership Interests" refers to, collectively, (i) the Common Units and (ii) the TP PREPP Units, as each are defined in the MIPA; and

WHEREAS, the aggregate consideration for the Company Membership Interests is an amount in cash equal to approximately $42 million.

*Chapter 11 Case*

WHEREAS, the undersigned has been presented with a proposed petition to be filed by the Company in the United Stated Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") seeking relief under the provisions of

chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), in which the authority to operate as a debtor-in-possession will be sought;

WHEREAS, the undersigned, having considered the financial and operational aspects of the Company's business and the best course of action to maximize value, deem it advisable and in the best interests of the Company, its creditors, and other interested parties that a petition be filed by the Company seeking relief under the provisions of chapter 11 of the Bankruptcy Code;

NOW, THEREFORE, BE IT

RESOLVED, that in the judgment of the sole member of the Company, it is desirable and in the best interests of the Company, creditors, stakeholders and other interested parties, that a voluntary petition be filed by the Company seeking relief under the provisions of chapter 11 of the Bankruptcy Code, and the filing of such petition is authorized hereby; and it is further

RESOLVED, Mr. John Dubel hereby is elected to the office of Chief Restructuring Officer to serve at the pleasure of the sole member and in accordance with the Company's organizational documents and any engagement agreement governing Mr. Dubel's duties as Chief Restructuring Officer, and to hold office until the earlier election and qualification of his successor or until his earlier resignation or removal;

RESOLVED, that the officers of the Company, or any one of them or the Senior Vice President – General Counsel and Secretary of SunEdison, Inc. or the Chief Restructuring Officer of SunEdison, Inc. (collectively, the "Officers"), be, and each hereby is, authorized and empowered, on behalf of and in the name of the Company, to execute and verify a petition in the name of the Company under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the Bankruptcy Court in such form and at such time as the Officer(s) executing said petition on behalf of the Company shall determine.

*General Authority to Implement Resolutions*

RESOLVED, that the Officers, or any one of them, be, and each hereby is, authorized and empowered, on behalf of and in the name of the Company, to execute, deliver, perform, verify and/or file, or cause to be executed, delivered, performed, verified and/or filed (or direct others to do so on their behalf as provided herein) all necessary documents, including, without limitation, all petitions, affidavits, statements, schedules, motions, lists, applications, pleadings, other papers as may be approved by any Officer, and to take any and all action which such Officer or Officers deem necessary or proper in connection with the chapter 11 case, with a view to the successful prosecution of the chapter 11 case contemplated by the foregoing resolutions; and it is further

RESOLVED, that Officers be, and each of them is, authorized to execute, deliver and perform any and all special powers of attorney as such Officer may deem necessary or desirable to facilitate consummation of the transactions contemplated by the

2

foregoing resolutions, pursuant to which such Officer will make certain appointments of attorneys to facilitate consummation of the transactions contemplated by the foregoing resolutions as the Company's true and lawful attorneys and authorize each such attorney to execute and deliver any and all documents of whatsoever nature and description that may be necessary or desirable to facilitate consummation of the transactions contemplated by the foregoing resolutions; and be it further

        RESOLVED, that the Officers, or any one of them, be, and each hereby is, authorized and empowered, on behalf of and in the name of the Company, to retain and employ professionals to render services to the Company in connection with the chapter 11 case and the transactions contemplated by the foregoing resolutions, including, without limitation, the firm Skadden, Arps, Slate, Meagher & Flom LLP, to act as chapter 11 counsel; Togut, Segal & Segal LLP to act as co-counsel; Rothschild Inc. to act as investment banker and as financial advisor; McKinsey Recovery & Transformation Services U.S., LLC to act as restructuring advisor; and Prime Clerk LLC to act as claims and noticing agent and administrative advisor; and in connection herewith each Officer is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain the services of the foregoing; and it is further

        RESOLVED, that the Officers, or any one of them, be, and each hereby is, authorized and empowered, on behalf of and in the name of the Company, to amend, supplement or otherwise modify from time to time the terms of any documents, certificates, instruments, agreements, financing statements, notices, undertakings or other writings referred to in the foregoing resolutions; and it is further

        RESOLVED, that the Officers be, and each of them hereby is, authorized and empowered, on behalf of and in the name of the Company, to take or cause to be taken any and all such further action and to execute, deliver, perform, verify and/or file, or cause to be executed, delivered, performed, verified and/or filed (or direct others to do so on its behalf as provided herein) all such further documents, agreements, instruments, financing statements, notices, undertakings, certificates and other writings to effectuate the purpose and intent of any and all of the foregoing resolutions; and it is further

        RESOLVED, that all acts lawfully done or actions lawfully taken by any Officer to seek relief on behalf of the Company under chapter 11 of the Bankruptcy Code, or in connection with the chapter 11 case, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company in all respects by the sole member of the Company; and it is further

        RESOLVED, that all acts lawfully done or actions lawfully taken by any Officer, or by any employees or agents of the Company, on or before the date hereof in connections with the transactions contemplated by the foregoing resolutions be, and they hereby are, ratified, confirmed and approved in all respects by the sole member of the Company; and it is further

RESOLVED, that the omission from these resolutions of any agreement, document or other arrangement contemplated by any of the agreements, instruments, filings or other documents described in the foregoing resolutions or any action to be taken in accordance with any requirement of any of the agreements, instruments, filings or other documents described in the foregoing resolutions shall in no manner derogate from the authority of the Officers to take all actions necessary, desirable, proper, advisable, or appropriate to consummate, effectuate, carry out or further the transaction contemplated by, and the intent and purposes of, the foregoing resolutions; and be it further

RESOLVED, that the sole member and sole manager of the Company has received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as may be required by the organizational documents of the Company, or hereby waives any right to have received such notice.

***

SUNEDISON HOLDINGS CORPORATION
as Sole Member and Sole Manager of the Company


By: /s/ *Martin Truong*
Name: Martin Truong
Title: Authorized Signatory

[*Action by Written Consent of the Sole Member and Sole Manager of TerraForm Private Holdings, LLC*]